**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mark Edward Nelson Jr.** | : | Case No. 15−70509−JAD |
| **Erin Marie Nelson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Pennsylvania Housing Finance Agency | : | |
| *Movant,* | : | Related to Claim No. N/A |
| | : | |
| v. | : | |
| Mark Edward Nelson Jr., | : | |
| Erin Marie Nelson and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

   **AND NOW**, this **4th day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Pennsylvania Housing Finance Agency* at Claim No. N/A in the above−captioned bankruptcy case,

   It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

   (1)   an *AMENDED CHAPTER 13 PLAN;*

   (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

   (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

   *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.


                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-70509-JAD
Mark Edward Nelson, Jr.                                                Chapter 13
Erin Marie Nelson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 1               Date Rcvd: Oct 04, 2016
                              Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
db/jdb        +Mark Edward Nelson, Jr.,   Erin Marie Nelson,   344 Pine Street,   Central City, PA 15926-1348
tr            +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel J. Boger    on behalf of Debtor Mark Edward Nelson, Jr. dnlboger@yahoo.com,
           dboger@shepleylaw.com;dlincoln@shepleylaw.com;bk@shepleylaw.com
          Daniel J. Boger    on behalf of Joint Debtor Erin Marie Nelson dnlboger@yahoo.com,
           dboger@shepleylaw.com;dlincoln@shepleylaw.com;bk@shepleylaw.com
          James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
           ;jwalsh@ecf.epiqsystems.com
          Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7