Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark Edward Nelson Jr.**
**Erin Marie Nelson**
Debtor(s)

Bankruptcy Case No.: 15-70509-JAD

Chapter: 13
Docket No.: 83 – 82
Concil. Conf.: December 15, 2016 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __28th__ day of __October__, __2016__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):
First-Class United States Mail, Postage Prepaid

on the respondent(s) at (list names and addresses here):
Please refer to the attached list of all parties served and their respective addresses.

Executed on __10/28/2016__          /s/ Daniel J. Boger, Esq.
           (Date)                          (Signature)

Daniel J. Boger, Esq.

Harold Shepley & Associates, LLC, 209 West Patriot Street, Somerset, PA 15501

(Type Name and Mailing Address of Person Who Made Service)

AES/PHEAA
P.O. Box 2461
Harrisburg, PA 17105-2461

AES/SLSC
P.O. Box 2461
Harrisburg, PA 17105-2461

Americredit Financial Services, Inc. dba
GM Financial
P.O. Box 183853
Arlington, TX 76096

Andrew F. Gornall, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

AT&T
1025 Lenox Park
Atlanta, GA 30319

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank USA
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase
P.O. Box 901076
Fort Worth, TX 76101-2076

Chase Auto Finance
P.O. Box 78067
Phoenix, AZ 85062-8067

Conemaugh Memorial Medical Center
ATTN: Patient Accounting
1086 Franklin Street
Johnstown, PA 15905-4398

Court of Common Pleas of Somerset County
Pennsylvania
Somerset County Courthouse
111 E. Union Street, Suite 110
Somerset, PA 15501

Credit Collection Services
Attn: Bankruptcy
P.O. Box 773
Needham Heights, MA 02494

Credit Management Company
2121 Noblestown Road
P.O. Box 16346
Pittsburgh, PA 15242-0346

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205

GM Financial
P.O. Box 183123
Arlington, TX 76096-3123

GM Financial
4001 Embarcadero
Arlington, TX 76014

HSBC Bank USA
P.O. Box 2013
Buffalo, NY 14240

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James B. Yelovich, Esq.
Yelovich & Flower
166 E. Union Street
Suite 3
Somerset, PA 15501

JP Morgan Chase Bank
Attn: National Bankruptcy Dept.
P.O. Box 29505
Phoenix, AZ 85038

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505
AZ1-1191
Phoenix, AZ 85038-9505

Nationwide Headquarters
One Nationwide Plaza
Columbus, OH 43215-2220

Nationwide Insurance
Service of Process Team
Three Nationwide Plaza
Mail Code 3-11-309
Columbus, OH 43215-2410

Navient Solutions Inc.
Department of Education Loan Services
P.O. Box 9635
Wilkes Barre, PA 18773-9635

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044-2308

NCO Financial Systems, Inc.
Attn: Sharon A. Wander
507 Prudential Road
Horsham, PA 19044

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

OneMain Financial
120 East Walnut Street
Lock Haven, PA 17745-3538

OneMain Financial Customer Care
NTBS-2320
6801 Colwell Blvd.
Irving, TX 75039

OneMain Financial Customer Service
NTBS-2320
6801 Colwell Blvd.
Irving, TX 75039

OneMain Financial Group, LLC
6801 Coldwell Blvd
Mail Stop: NTSB-1310
Irving, TX 75039

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pennsylvania Housing Finance Agency
PO Box 13280
Philadelphia, PA 19101-3280

Pennsylvania Housing Finance Agency
PO Box 15057
Harrisburg, PA 17105-5057

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101-1406

Plain Green Loans
Customer Support
PO Box 255
93 Mack Road, Suite 600
Box Elder, MT 59521

Portfolio Recovery Associates
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

Robert Wahl
773 Bunker Hill Road
Central City, PA 15926

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804

Sundance Vacations
264 Highland Park Blvd.
Wilkes Barre, PA 18702

U.S. Department of Education
Attn: Bankruptcy
P.O. Box 16448
Saint Paul, MN 55116

U.S. Department of Education
Department of Education Building
400 Maryland Avenue, SW
Washington, DC 20202

Verizon Pennsylvania
500 Technology Dr
Ste 30
Weldon Spring, MO 63304

Windber Medical Center
600 Somerset Avenue
Windber, PA 15963-1817