# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Mark Edward Nelson, Jr.,<br>          Erin Marie Nelson,<br>                    Debtors. | Bankruptcy No. 15-70509-JAD<br><br>Chapter 13 |
| Erin Marie Nelson,<br><br>          Movant, | Document No.<br>Related to Doc. No. 87<br><br>Motion No. ☐ WO-1 |
| v.<br><br>American Red Cross,<br><br>          Respondents. | Motion No. ■ WO-2 |

## CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER, LOCAL BANKRUPTCY FORM 12

I certify under penalty of perjury that I served the above-captioned Order and Notification of Debtor's Social Security Number on the parties at the addresses specified below or on the attached list on (date)   December 27, 2016   .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First-Class United States Mail, Postage Prepaid.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  12/27/2016

Parties Served:

American Red Cross, Attn: Payroll Department, 250 Jari Drive, Johnstown, PA 15904

                                                                    By:    /s/ Daniel J. Boger, Esq.
                                                                          Daniel J. Boger, Esq.
                                                                         PA Bar I.D. No. 92961
                                                                         Harold Shepley & Associates, LLC
                                                                         209 W. Patriot Street, Somerset, PA 15501
                                                                         Phone: (814) 444-0500
                                                                         E-mail: dboger@shepleylaw.com
                                                                         Counsel for the Debtor(s)