**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARK EDWARD NELSON, JR.<br>ERIN MARIE NELSON<br><br>　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　　Movant<br>　　vs.<br>INTERNAL REVENUE SERVICE*<br><br>　　　　　　Respondents | Case No. 15-70509JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　CREDITOR INDICATES NO LIABILITY DUE.

| | |
|---|---|
| INTERNAL REVENUE SERVICE*<br>CENTRALIZED INSOLVENCY-TRUSTEE<br>REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Court claim# NC/Trustee CID# 54 |

The Movant further certifies that on 03/06/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc:　debtor(s)<br>　　　original creditor<br>　　　putative creditor<br>　　　counsel for debtor(s)<br>　　　counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>MARK EDWARD NELSON, JR., ERIN MARIE NELSON, 344 PINE STREET, CENTRAL CITY, PA  15926 | DEBTOR'S COUNSEL:<br>DANIEL J BOGER ESQ, HAROLD SHEPLEY & ASSOC LLC, 209 W PATRIOT ST, SOMERSET, PA  15501 |

ORIGINAL CREDITOR:
INTERNAL REVENUE SERVICE*, CENTRALIZED INSOLVENCY-TRUSTEE REMITS, PO BOX 7317, PHILADELPHIA, PA 19101-7317

NEW CREDITOR: