IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>     **DEBTORS**.<br><br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>     **MOVANTS**,<br><br>        v.<br><br>AES/PHEAA,<br>AES/SLSC,<br>AMERICREDIT FINANCIAL SERVICES, INC.<br>DBA GM FINANCIAL,<br>AT&T,<br>CAPITAL ONE,<br>CAPITAL ONE BANK USA,<br>CHASE,<br>CHASE AUTO FINANCE,<br>CONEMAUGH MEMORIAL MEDICAL CENTER,<br>COURT OF COMMON PLEAS OF SOMERSET COUNTY PENNSYLVANIA,<br>CREDIT COLLECTION SERVICES,<br>CREDIT MANAGEMENT COMPANY,<br>GM FINANCIAL,<br>HSBC BANK USA,<br>INTERNAL REVENUE SERVICE,<br>JAMES B. YELOVICH, ESQ.,<br>JP MORGAN CHASE BANK,<br>JP MORGAN CHASE BANK, N.A.,<br>NATIONWIDE HEADQUARTERS,<br>NATIONWIDE INSURANCE,<br>NCO FINANCIAL SYSTEMS, INC.,<br>ONEMAIN FINANCIAL,<br>ONEMAIN FINANCIAL CUSTOMER CARE,<br>ONEMAIN FINANCIAL CUSTOMER SERVICE,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>PLAIN GREEN LOANS,<br>PORTFOLIO RECOVERY ASSOCIATES,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>ROBERT WAHL,<br>SALLIE MAE,<br>SUNDANCE VACATIONS,<br>U.S. DEPARTMENT OF EDUCATION,<br>VERIZON PENNSYLVANIA,<br>WINDBER MEDICAL CENTER,<br>OFFICE OF THE UNITED STATES TRUSTEE, AND<br>RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,<br>     **RESPONDENTS**. | Bankruptcy No. 15-70509-JAD<br><br>Chapter 13<br><br>Document No.<br><br>Related to Doc. Nos.<br><br>Responses Due: 09/05/2017<br><br>Hearing Date & Time:<br>Tuesday, September 19, 2017 at 10:00 A.M. |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE

TO THE RESPONDENTS:

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than September 5, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on Tuesday, September 19, 2017 at 10:00 A.M. before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901*.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date:   08/22/2017

Respectfully Submitted,
/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar I.D. No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-mail: dboger@shepleylaw.com
**Counsel for the Debtor(s)/Movant(s)**

**\*NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania.  Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**