**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>    **DEBTORS**.<br><br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>    **MOVANTS**,<br><br>        v.<br><br>AES/PHEAA,<br>AES/SLSC,<br>AMERICREDIT FINANCIAL SERVICES, INC.<br>DBA GM FINANCIAL,<br>AT&T,<br>CAPITAL ONE,<br>CAPITAL ONE BANK USA,<br>CHASE,<br>CHASE AUTO FINANCE,<br>CONEMAUGH MEMORIAL MEDICAL CENTER,<br>COURT OF COMMON PLEAS OF SOMERSET COUNTY<br>PENNSYLVANIA,<br>CREDIT COLLECTION SERVICES,<br>CREDIT MANAGEMENT COMPANY,<br>GM FINANCIAL,<br>HSBC BANK USA,<br>INTERNAL REVENUE SERVICE,<br>JAMES B. YELOVICH, ESQ.,<br>JP MORGAN CHASE BANK,<br>JP MORGAN CHASE BANK, N.A.,<br>NATIONWIDE HEADQUARTERS,<br>NATIONWIDE INSURANCE,<br>NCO FINANCIAL SYSTEMS, INC.,<br>ONEMAIN FINANCIAL,<br>ONEMAIN FINANCIAL CUSTOMER CARE,<br>ONEMAIN FINANCIAL CUSTOMER SERVICE,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>PLAIN GREEN LOANS,<br>PORTFOLIO RECOVERY ASSOCIATES,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>ROBERT WAHL,<br>SALLIE MAE,<br>SUNDANCE VACATIONS,<br>U.S. DEPARTMENT OF EDUCATION,<br>VERIZON PENNSYLVANIA,<br>WINDBER MEDICAL CENTER,<br>OFFICE OF THE UNITED STATES TRUSTEE, AND<br>RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,<br>    **RESPONDENTS**. | Bankruptcy No. 15-70509-JAD<br><br>Chapter 13<br><br>Document No.<br><br>Related to Doc. Nos.<br><br>Responses Due: 09/05/2017<br><br>Hearing Date & Time:<br>Tuesday, September 19, 2017 at<br>10:00 A.M. |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE, MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE, PROPOSED ORDER, AND PROPOSED DEFAULT ORDER**

  I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified in the attached list, the Chapter 13 Trustee, and the Office of the United States Trustee on August 22, 2017.

  The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First-Class Mail."

        /s/ Daniel J. Boger, Esq.
        Daniel J. Boger, Esq.
        PA Bar ID No. 92961
        Harold Shepley & Associates, LLC
        209 West Patriot Street
        Somerset, PA 15501
        Telephone: (814) 444-0500
        E-Mail: dboger@shepleylaw.com
        Counsel for the Debtor(s)/Movant(s)

| | | |
|---|---|---|
| AES/PHEAA<br>P.O. Box 2461<br>Harrisburg, PA 17105-2461 | AES/SLSC<br>P.O. Box 2461<br>Harrisburg, PA 17105-2461 | Americredit Financial Services, Inc. dba<br>GM Financial<br>P.O. Box 183853<br>Arlington, TX 76096 |
| Andrew F. Gornall, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | AT&T<br>1025 Lenox Park<br>Atlanta, GA 30319 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank USA<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>P.O. Box 901076<br>Fort Worth, TX 76101-2076 | Chase Auto Finance<br>P.O. Box 78067<br>Phoenix, AZ 85062-8067 |
| Conemaugh Memorial Medical Center<br>ATTN: Patient Accounting<br>1086 Franklin Street<br>Johnstown, PA 15905-4398 | Court of Common Pleas of Somerset County<br>Pennsylvania<br>Somerset County Courthouse<br>111 E. Union Street, Suite 110<br>Somerset, PA 15501 | Credit Collection Services<br>Attn: Bankruptcy<br>P.O. Box 773<br>Needham Heights, MA 02494 |
| Credit Management Company<br>2121 Noblestown Road<br>P.O. Box 16346<br>Pittsburgh, PA 15242-0346 | Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205 | GM Financial<br>P.O. Box 183123<br>Arlington, TX 76096-3123 |
| GM Financial<br>4001 Embarcadero<br>Arlington, TX 76014 | HSBC Bank USA<br>P.O. Box 2013<br>Buffalo, NY 14240 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James B. Yelovich, Esq.<br>Yelovich & Flower<br>166 E. Union Street<br>Suite 3<br>Somerset, PA 15501 | JP Morgan Chase Bank<br>Attn: National Bankruptcy Dept.<br>P.O. Box 29505<br>Phoenix, AZ 85038 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505<br>AZ1-1191<br>Phoenix, AZ 85038-9505 |
| Nationwide Headquarters<br>One Nationwide Plaza<br>Columbus, OH 43215-2220 | Nationwide Insurance<br>Service of Process Team<br>Three Nationwide Plaza<br>Mail Code 3-11-309<br>Columbus, OH 43215-2410 | Navient Solutions Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes Barre, PA 18773-9635 |
| NCO Financial Systems Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 | NCO Financial Systems, Inc.<br>Attn: Sharon A. Wander<br>507 Prudential Road<br>Horsham, PA 19044 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue<br>Suite 970<br>Pittsburgh, PA 15222 |
| OneMain Financial<br>120 East Walnut Street<br>Lock Haven, PA 17745-3538 | OneMain Financial Customer Care<br>NTBS-2320<br>6801 Colwell Blvd.<br>Irving, TX 75039 | OneMain Financial Customer Service<br>NTBS-2320<br>6801 Colwell Blvd.<br>Irving, TX 75039 |

| | | |
|---|---|---|
| OneMain Financial Group, LLC<br>6801 Coldwell Blvd<br>Mail Stop: NTSB-1310<br>Irving, TX 75039 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pennsylvania Housing Finance Agency<br>PO Box 13280<br>Philadelphia, PA 19101-3280 |
| Pennsylvania Housing Finance Agency<br>PO Box 15057<br>Harrisburg, PA 17105-5057 | Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101-1406 | Plain Green Loans<br>Customer Support<br>PO Box 255<br>93 Mack Road, Suite 600<br>Box Elder, MT 59521 |
| Portfolio Recovery Associates<br>120 Corporate Boulevard<br>Suite 100<br>Norfolk, VA 23502 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Robert Wahl<br>773 Bunker Hill Road<br>Central City, PA 15926 |
| Ronda J. Winnecour, Esq.<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804 |
| Sundance Vacations<br>264 Highland Park Blvd.<br>Wilkes Barre, PA 18702 | U.S. Department of Education<br>Attn: Bankruptcy<br>P.O. Box 16448<br>Saint Paul, MN 55116 | U.S. Department of Education<br>Department of Education Building<br>400 Maryland Avenue, SW<br>Washington, DC 20202 |
| Verizon Pennsylvania<br>500 Technology Dr<br>Ste 30<br>Weldon Spring, MO 63304 | Windber Medical Center<br>600 Somerset Avenue<br>Windber, PA 15963-1817 | JPMorgan Chase Bank, N.A.<br>C/O James C. Warmbrodt, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |