**Form 132**

                     **UNITED STATES BANKRUPTCY COURT**           106
                     **WESTERN DISTRICT OF PENNSYLVANIA**         amaz

In re:                                          Bankruptcy Case No.: 15−70509−JAD

                                                Chapter: 7

**Mark Edward Nelson Jr.**                      Erin Marie Nelson
    Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   James R. Walsh is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 9/11/17                                 **Andrew R. Vara**
                                                Acting United States Trustee

                                                **Joseph S. Sisca**
                                                Assistant United States Trustee
                                                Western District of Pennsylvania

---

I James R. Walsh, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                James R. Walsh

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 15-70509-JAD
Mark Edward Nelson, Jr.                                          Chapter 7
Erin Marie Nelson
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: amaz              Page 1 of 1               Date Rcvd: Sep 11, 2017
                              Form ID: 132            Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
```
db/jdb       +Mark Edward Nelson, Jr.,    Erin Marie Nelson,    344 Pine Street,    Central City, PA 15926-1348
aty          +Daniel J. Boger,    Harold Shepley & Associates LLC,    209 W. Patriot Street,
               Somerset, PA 15501-1563
aty         #+James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose,    P.O. Box 280,
               Johnstown, PA 15907-0280
tr           +James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,
               Johnstown, PA 15905-2545
tr           +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 12 2017 02:31:59
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
                                                                                               TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr*          +James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,
               Johnstown, PA 15905-2545
tr*          +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel J. Boger    on behalf of Debtor Mark Edward Nelson, Jr. dnlboger@yahoo.com,
           dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
          Daniel J. Boger    on behalf of Joint Debtor Erin Marie Nelson dnlboger@yahoo.com,
           dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9
```