**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>　　**DEBTORS**. | Bankruptcy No. 15-70509-JAD |
| | Chapter 13 |
| MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>　　**MOVANTS**, | Document No. |
| | Related to Doc. Nos.　96 |
| v. | Responses Due: 09/05/2017 |
| AES/PHEAA,<br>AES/SLSC,<br>AMERICREDIT FINANCIAL SERVICES, INC.<br>DBA GM FINANCIAL,<br>AT&T,<br>CAPITAL ONE,<br>CAPITAL ONE BANK USA,<br>CHASE,<br>CHASE AUTO FINANCE,<br>CONEMAUGH MEMORIAL MEDICAL CENTER,<br>COURT OF COMMON PLEAS OF SOMERSET COUNTY<br>PENNSYLVANIA,<br>CREDIT COLLECTION SERVICES,<br>CREDIT MANAGEMENT COMPANY,<br>GM FINANCIAL,<br>HSBC BANK USA,<br>INTERNAL REVENUE SERVICE,<br>JAMES B. YELOVICH, ESQ.,<br>JP MORGAN CHASE BANK,<br>JP MORGAN CHASE BANK, N.A.,<br>NATIONWIDE HEADQUARTERS,<br>NATIONWIDE INSURANCE,<br>NCO FINANCIAL SYSTEMS, INC.,<br>ONEMAIN FINANCIAL,<br>ONEMAIN FINANCIAL CUSTOMER CARE,<br>ONEMAIN FINANCIAL CUSTOMER SERVICE,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>PLAIN GREEN LOANS,<br>PORTFOLIO RECOVERY ASSOCIATES,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>ROBERT WAHL,<br>SALLIE MAE,<br>SUNDANCE VACATIONS,<br>U.S. DEPARTMENT OF EDUCATION,<br>VERIZON PENNSYLVANIA,<br>WINDBER MEDICAL CENTER,<br>OFFICE OF THE UNITED STATES TRUSTEE, AND<br>RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,<br>　　**RESPONDENTS.** | Hearing Date & Time:<br>Tuesday, September 19, 2017 at<br>10:00 A.M.<br><br>**DEFAULT O/E JAD** |

### **ORDER**

AND NOW, this <u>  11th  </u> day of <u>  September  </u>, 2017, upon consideration of the movants'/debtors' Motion to Convert Chapter 13 Case to Chapter 7 Case, it is hereby ordered that the proceeding at 15-70509-JAD is hereby converted to a proceeding under Chapter 7.

By the Court:

_____ sjk
JEFFERY A. DELLER, CHIEF JUDGE
UNITED STATES BANKRUPTCY JUDGE

FILED
9/11/17 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-70509-JAD
Mark Edward Nelson, Jr.                                         Chapter 7
Erin Marie Nelson
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: amaz              Page 1 of 1              Date Rcvd: Sep 11, 2017
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db/jdb        +Mark Edward Nelson, Jr.,   Erin Marie Nelson,   344 Pine Street,   Central City, PA 15926-1348
               Ronda J. Winnecour, Esq.,   3250 U.S. Steel Tower,   Pittsburgh, PA  15219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel J. Boger    on behalf of Joint Debtor Erin Marie Nelson dnlboger@yahoo.com,
           dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
          Daniel J. Boger    on behalf of Debtor Mark Edward Nelson, Jr. dnlboger@yahoo.com,
           dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
          James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          James R. Walsh     on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9