## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>    **DEBTORS**.<br><br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>    **MOVANTS**,<br><br>    v.<br><br>SALLIE MAE,<br>OFFICE OF THE UNITED STATES TRUSTEE, AND<br>RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,<br>    **RESPONDENTS.** | Bankruptcy No. 15-70509-JAD<br><br>Chapter 7<br><br>Document No.<br><br>Related to Doc. Nos. 100, 103<br><br>Responses Due:<br><br>Hearing Date & Time: |

### CERTIFICATE OF SERVICE OF ORDER DATED SEPTEMBER 11, 2017, 341 MEETING OF CREDITORS NOTICE, AMENDMENT COVER SHEET, AND AMENDED SCHEDULE F

    I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified in the attached list, the Chapter 7 Trustee, and the Office of the United States Trustee on <u>September 15, 2017.</u>

    The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Sallie Mae Bank<br>Attn: Elizabeth Kim, Esq.<br>300 Continental Drive<br>Newark, DE 19713 | Ronda J. Winnecour, Esq.<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue<br>Suite 970<br>Pittsburgh, PA 15222 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804<br><br>Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 |

Date:   <u>09/15/2017</u>           <u>/s/ Daniel J. Boger, Esq.</u>
                                              Daniel J. Boger, Esq.
                                              PA Bar ID No. 92961
                                              Harold Shepley & Associates, LLC
                                              209 West Patriot Street
                                              Somerset, PA 15501
                                              Telephone: (814) 444-0500
                                              Fax: (814) 444-0600
                                              dboger@shepleylaw.com