# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# JOHNSTOWN DIVISION

In re:

    MARK EDWARD NELSON, JR.
    ERIN MARIE NELSON
        Debtor(s)

Case No. 15-70509JAD

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/16/2015, and was converted to chapter 13 on 10/27/2015.

2) The plan was confirmed on 12/17/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 12/17/2015, 07/05/2016, 12/21/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/11/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $106,247.87.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $38,788.58 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$38,788.58** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,900.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,603.52 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,503.52** |
| Attorney fees paid and disclosed by debtor: | $1,465.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADULT PROBATION/SOMERSET CT | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS IN | Unsecured | 10,002.39 | 10,002.39 | 10,002.39 | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 1,211.00 | NA | 1,211.00 | 290.84 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 9,521.35 | 9,534.42 | 9,534.42 | 7,562.57 | 1,453.64 |
| NAVIENT SOLUTIONS INC O/B/O DI | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC O/B/O DI | Unsecured | 0.00 | 28,242.10 | 28,242.10 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)+ | Unsecured | 178.55 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 11,483.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 0.00 | 11,483.12 | 11,483.12 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

Case 15-70509-JAD    Doc 115    Filed 09/18/17    Entered 09/18/17 11:07:30    Desc
Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PHFA(*) | Secured | 33,702.39 | NA | NA | 9,092.00 | 0.00 |
| PLAIN GREEN LLC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROBERT WAHL | Priority | 22,750.00 | NA | 22,750.20 | 8,341.74 | 0.00 |
| SALLIE MAE | Unsecured | 26,754.95 | NA | NA | 0.00 | 0.00 |
| SUNDANCE SOLUTIONS | Unsecured | 2,941.94 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $9,092.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,534.42 | $7,562.57 | $1,453.64 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,534.42** | **$16,654.57** | **$1,453.64** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $23,961.20 | $8,632.58 | $0.00 |
| **TOTAL PRIORITY:** | **$23,961.20** | **$8,632.58** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,727.61** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,503.52 |
| Disbursements to Creditors | $26,740.79 |
| **TOTAL DISBURSEMENTS**: | **$30,244.31** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/18/2017                             By: /s/ Ronda J. Winnecour
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**