# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Mark Edward Nelson, Jr., Erin Marie Nelson, Debtors. | Bankruptcy No. 15-70509-JAD<br><br>Chapter 7 |
| Erin Marie Nelson, Movant, v. American Red Cross, Respondents. | Document No.<br>Related to Doc. No. 119<br><br>Motion No. ☐ WO-1<br>Motion No. ■ WO-2 |

**CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above-captioned Order and on the party at the addresses specified below or on the attached list on September 20, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First-Class United States Mail, Postage Prepaid</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  <u>09/20/2017</u>

Parties Served:

American Red Cross, Attn: Payroll Department, 250 Jari Drive, Johnstown, PA 15904

By:  <u>/s/ Daniel J. Boger, Esq.</u>
Daniel J. Boger, Esq.
PA Bar I.D. No. 92961
Harold Shepley & Associates, LLC
209 W. Patriot Street, Somerset, PA 15501
Phone: (814) 444-0500
E-mail: dboger@shepleylaw.com
Counsel for the Debtor(s)