IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Mark Edward Nelson, Jr., Erin Marie Nelson, Debtors. | Bankruptcy No. 15-70509-JAD |
| | Chapter 7 |
| Erin Marie Nelson, | Document No. 117 |
| | Related to Doc. No. 87 |
| Movant, | Motion No. ☐ WO-1 |
| v. | Motion No. ■ WO-2 |
| American Red Cross, Respondent. | |

**ORDER TERMINATING WAGE ATTACHMENT**

It is hereby ORDERED that the debtor's wage attachment through American Red Cross is hereby terminated effective immediately pursuant to the debtor's conversion of her case to a proceeding under Chapter 7.

Movant shall, within 7 days hereof, serve a copy of the within Order on the employer and file a certificate of service.

Dated this  20th  day of  September , 2017.

FILED
9/20/17 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
JEFFERY A. DELLER, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Edward Nelson, Jr.
Erin Marie Nelson
    Debtors

Case No. 15-70509-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: amaz     Page 1 of 1     Date Rcvd: Sep 20, 2017
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.
db/jdb     +Mark Edward Nelson, Jr.,   Erin Marie Nelson,   344 Pine Street,   Central City, PA 15926-1348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
          Andrew F Gornall     on behalf of Creditor     JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel J. Boger     on behalf of Debtor Mark Edward Nelson, Jr. dnlboger@yahoo.com,
           dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
          Daniel J. Boger     on behalf of Joint Debtor Erin Marie Nelson dnlboger@yahoo.com,
           dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com
          James Warmbrodt     on behalf of Creditor     JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com
          James R. Walsh     on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          James R. Walsh     jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.com;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Leon P. Haller     on behalf of Creditor     Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
                                          TOTAL: 8