**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Mark Edward Nelson, Jr.,<br>Erin Marie Nelson,<br>    **Debtor(s).** | Bankruptcy No. 15-70509-JAD<br><br>Chapter 7<br><br>Document No.<br><br>Related to Doc. No. |
| Erin Marie Nelson,<br><br>    **Movant(s),**<br><br>v.<br><br>No Respondent.<br>    **Respondent(s).** | |

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

**Incorrect Address:**

　　**Debtor's Name:**　　Erin Marie Nelson

　　**Incorrect Address:**　　344 Pine Street
　　　　　　　　　　　　　Central City, PA 15926

**Corrected Address:**

　　**Debtor's Address:**　　Erin Marie Nelson

　　**Correct Address:**　　733 Bunker Hill Road
　　　　　　　　　　　　　Central City, PA 15926

Date:  10/12/2017　　　　　　　　　　　　By:　　/s/ Daniel J. Boger, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Boger, Esq.
　　　　　　　　　　　　　　　　　　　　　　　PA Bar ID No. 92961
　　　　　　　　　　　　　　　　　　　　　　　Harold Shepley & Associates, LLC
　　　　　　　　　　　　　　　　　　　　　　　209 West Patriot Street
　　　　　　　　　　　　　　　　　　　　　　　Somerset, PA 15501
　　　　　　　　　　　　　　　　　　　　　　　Phone: (814) 444-0500
　　　　　　　　　　　　　　　　　　　　　　　E-mail: dboger@shepleylaw.com