**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NELSON JR., MARK EDWARD and, | : | BANKRUPTCY NO. 15-70509-JAD |
| NELSON, ERIN MARIE | : | |
| | : | Chapter 7 |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **RESCHEDULED §341 MEETING NOTICE**

THE MEETING OF CREDITORS HAS BEEN RESCHEDULED TO THE DATE, TIME AND LOCATION LISTED BELOW;

**December 4th, 2017 AT 9:00 a.m.**
**2ND FLOOR CONFERENCE ROOM**
**110 FRANKLIN STREET**
**JOHNSTOWN PA 15905**

FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN A RULE TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.

Dated: October 30, 2017         By:

/s/James R. Walsh, Trustee
James R. Walsh, Trustee
Pa. ID. # 27901
1067 Menoher Blvd.
Johnstown, PA  15905
Phone: 1-(814) 536-0735
Fax: 1-(814) 539-1423
JWalsh@spencecuster.com