## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>    **DEBTORS**.<br><br>MARK EDWARD NELSON, JR.,<br>ERIN MARIE NELSON,<br>    **MOVANTS**,<br><br>        v.<br><br>AES/PHEAA,<br>AES/SLSC,<br>AMERICREDIT FINANCIAL SERVICES, INC.<br>DBA GM FINANCIAL,<br>AT&T,<br>CAPITAL ONE,<br>CAPITAL ONE BANK USA,<br>CHASE,<br>CHASE AUTO FINANCE,<br>CONEMAUGH MEMORIAL MEDICAL CENTER,<br>COURT OF COMMON PLEAS OF SOMERSET COUNTY<br>PENNSYLVANIA,<br>CREDIT COLLECTION SERVICES,<br>CREDIT MANAGEMENT COMPANY,<br>GM FINANCIAL,<br>HSBC BANK USA,<br>INTERNAL REVENUE SERVICE,<br>JAMES B. YELOVICH, ESQ.,<br>JP MORGAN CHASE BANK,<br>JP MORGAN CHASE BANK, N.A.,<br>NATIONWIDE HEADQUARTERS,<br>NATIONWIDE INSURANCE,<br>NCO FINANCIAL SYSTEMS, INC.,<br>ONEMAIN FINANCIAL,<br>ONEMAIN FINANCIAL CUSTOMER CARE,<br>ONEMAIN FINANCIAL CUSTOMER SERVICE,<br>PENNSYLVANIA DEPT. OF REVENUE,<br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>PLAIN GREEN LOANS,<br>PORTFOLIO RECOVERY ASSOCIATES,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>ROBERT WAHL,<br>SALLIE MAE,<br>SUNDANCE VACATIONS,<br>U.S. DEPARTMENT OF EDUCATION,<br>VERIZON PENNSYLVANIA,<br>WINDBER MEDICAL CENTER,<br>OFFICE OF THE UNITED STATES TRUSTEE, AND<br>JAMES R. WALSH, ESQ., CHAPTER 7 TRUSTEE,<br>    **RESPONDENTS.** | Bankruptcy No. 15-70509-JAD<br><br>Chapter 7<br><br>Document No.<br><br>Related to Doc. Nos. 127, 128<br><br>Responses Due:<br><br>Hearing Date & Time: |

## CERTIFICATE OF SERVICE OF NOTICE OF ORDER OF COURT DATED OCTOBER 30, 2017, AMENDMENT COVER SHEET, AMENDED SCHEDULE B, AND AMENDED SCHEDULE C

I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified below, the Chapter 7 Trustee, and the Office of the United States Trustee on October 31, 2017.

The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First-Class Mail."

Parties Served by First-Class Mail: Please refer to the attached list of parties served.

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-Mail: dboger@shepleylaw.com
Counsel for the Debtor(s)/Movant(s)