**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARK EDWARD NELSON, JR.
ERIN MARIE NELSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-70509 JAD

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/16/2015 and confirmed on 12/17/2015 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,643.51 |
| Less Refunds to Debtor | 10,411.35 | |
| TOTAL AMOUNT OF PLAN FUND | | 30,232.16 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,900.00 | |
|    Trustee Fee | 1,591.37 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,491.37 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PHFA(*) | 0.00 | 9,092.00 | 0.00 | 9,092.00 |
|     Acct: 4639 | | | | |
|   JPMORGAN CHASE BANK NA | 9,534.42 | 7,562.57 | 1,453.64 | 9,016.21 |
|     Acct: 9436 | | | | |
| | | | | 18,108.21 |
| **Priority** | | | | |
|   DANIEL J BOGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK EDWARD NELSON, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK EDWARD NELSON, JR. | 9,062.27 | 9,062.27 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK EDWARD NELSON, JR. | 1,349.08 | 1,349.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAROLD SHEPLEY & ASSOC LLC* | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT WAHL | 22,750.20 | 8,341.74 | 0.00 | 8,341.74 |
|     Acct: | | | | |

15-70509 JAD         **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**         Page 2 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
|   INTERNAL REVENUE SERVICE* | 1,211.00 | 290.84 | 0.00 | 290.84 |
|     Acct: 9126 | | | | |
| | | | | 8,632.58 |
| Unsecured | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA ( | 10,002.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 5295 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1710 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4162 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4446 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7510 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6364 | | | | |
|   ADULT PROBATION/SOMERSET CTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4956 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: X-650 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: X-530 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: X-269 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4793 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3973 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9703 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1090 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4351 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9745 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5820 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4968 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4773 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4759 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4720 | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6856 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5190 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6328 | | | | |
|   ONE MAIN FINANCIAL(*) | 11,483.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 0344 | | | | |
|   PLAIN GREEN LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8690 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6856 | | | | |
| | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0455 | | | | |
| | SUNDANCE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6644 | | | | |
| | NAVIENT SOLUTIONS INC O/B/O DEPARTM | 28,242.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 6625 | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X4-48 | | | | |
| | NAVIENT SOLUTIONS INC O/B/O DEPARTM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6625 | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0008 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0010 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0012 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0004 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0011 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0006 | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0005 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2673 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4448 | | | | |
| | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6251 | | | | |
| | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8236 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMENI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                    26,740.79

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 23,961.20 |
| SECURED | 9,534.42 |
| UNSECURED | 49.727.61 |

Date: 11/20/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com